IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| THERESSA C. LEVINE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:21-CV-00278<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal. [Dkt. 9]. The plaintiff seeks a dismissal with prejudice as to her individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff further advises the Court that the putative class shall be dismissed without prejudice. To the extent that the plaintiff's dismissal is not yet in effect, the plaintiff's individual claims are dismissed with prejudice and the putative class shall be dismissed without prejudice.

It is therefore ORDERED that plaintiff's individual claims are DISMISSED WITH PREJUDICE and the putative class is DISMISSED WITHOUT PREJUDICE, with the parties bearing their own attorneys' fees and costs.

It is further ORDERED that all Court dates and pending deadlines are hereby vacated and that all pending motions are DENIED AS MOOT.

**SIGNED this 11th day of August, 2021.**

Michael J. Truncale
United States District Judge